```
United States Bankruptcy Court
     Northern District of Ohio
```

In re:                                                              Case No. 17-31203-jpg
Phillip R. Stambaugh                                                Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0647-3          User: sheym            Page 1 of 1           Date Rcvd: Aug 18, 2017
                              Form ID: pdf853        Total Noticed: 3

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 20, 2017.
db            +Phillip R. Stambaugh,    515 N Walnut Street,   Celina, OH 45822-1449
              +Mercer County Treasurer,    101 N Main St,   Celina OH 45822-1789
cr            +PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JPMorgan Chase Bank NA
                                                                                   TOTALS: 1, * 0, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 20, 2017                                  Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 18, 2017 at the address(es) listed below:
              Bruce C. French    brucecfrench@earthlink.net,
               bcfrench@woh.rr.com;bcf@trustesolutions.com;BCF@trustesolutions.net
              Quentin M. Derryberry, II    on behalf of Debtor Phillip R. Stambaugh qlaw@ureach.com,
               qdlawfirm@gmail.com
              Stephen R. Franks    on behalf of Creditor   JPMorgan Chase Bank NA amps@manleydeas.com
                                                                                             TOTAL: 3
```

The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: August 18 2017**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| In re: | Case No.: 17-31203 |
| Phillip R. Stambaugh | Chapter 7 |
| Debtor(s). | Judge John P. Gustafson |
| | * * * * * * * * * * * * * * * * |
| | **ORDER GRANTING MOTION FOR RELIEF FROM STAY AND ABANDONMENT (FIRST MORTGAGE) (DOCKET NO. 13)** |
| | 515 N Walnut Street, Celina, OH 45822 |

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by JPMorgan Chase Bank, National Association ("Creditor") (Docket 13). Creditor has alleged that good cause for granting the Motion exists, and that Phillip R. Stambaugh ("Debtor"), counsel for the Debtor, the Chapter 7 Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party

17-024999_RKS

filed a response or otherwise appeared in opposition to the Motion, or all responses have been withdrawn.  For these reasons, it is appropriate to grant the relief requested.

    IT IS, THEREFORE, ORDERED that the Motion is granted.  The automatic stay imposed by § 362 of the Bankruptcy Code is terminated with respect to the Creditor, its successors and assigns.

    IT IS FURTHER ORDERED that the Chapter 7 Trustee is authorized and directed to abandon the property located at 515 N Walnut Street, Celina, OH 45822.

###

**SUBMITTED BY**:

/s/Stephen R. Franks
Stephen R. Franks (0075345)
Edward H. Cahill (0088985)
Adam B. Hall (0088234)
John R. Cummins (0036811)
Karina Velter (94781)
Sarah E. Barngrover (28840-64)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Stephen R. Franks.
Contact email is srfranks@manleydeas.com

Copies to:

| | |
|---|---|
| Quentin M. Derryberry | Stephen R. Franks |
| Attorney Debtor | Attorney for Creditor |
| P.O. Box 2056 | Manley Deas Kochalski LLC |
| 15 Willipie Street Suite 220 | P.O. Box 165028 |
| Wapakoneta, OH 45895 | Columbus, OH 43216-5028 |
| qlaw@ureach.com | srfranks@manleydeas.com |
| (notified by ecf) | (notified by ecf) |

Bruce C. French
Chapter 7 Trustee
PO Box 839
Lima, OH 45802-0839
b-french@onu.edu
(notified by ecf)

Phillip R. Stambaugh and Cheryl L. Stambaugh
Debtor
515 N Walnut Street
Celina, OH 45822
(notified by regular US Mail)

Mercer County Treasurer
Party of Interest
101 North Main Street
Celina , OH 45822
(notified by regular US Mail)

Office of U.S. Trustee
Northern District of Ohio
Howard Metzenbaum U.S. Courthouse
Party of Interest
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
(notified by ecf)